Motion GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:04-00198-1 |
| | ) | JUDGE TRAUGER |
| STEVEN RAY KEEN | ) | |

## MOTION TO DISMISS VIOLATION PETITION AND TO TERMINATE SUPERVISION AS SCHEDULED

Through counsel, defendant Steven Ray Keen moves to dismiss the pending petition to revoke supervised release (Document 88) and to instead allow his term of supervised release to terminate as scheduled.

In support of this motion, the parties would show the following: The court has set a revocation hearing for this Friday, July 27, 2012. Mr. Keen's term of federal supervised release is set to expire on July 29, 2012. The allegations in the violation petition involved a state court criminal matter that has now been retired from the state court docket with no adjudication of guilt thereon. Mr. Keen's probation officer, Kimberly Haney, reports that Mr. Keen has had no further issues since the filing of this petition. Given these circumstances, Mr. Keen moves to dismiss the violation petition.

Respectfully submitted,

*/s/ Caryll S. Alpert*
CARYLL S. ALPERT
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047