U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
# memorandum

**DATE:** January 15, 2014

**REPLY TO ATTN OF:** Jim Perdue, Deputy Chief U.S. Probation Officer

**SUBJECT:** **Request to Destroy Evidence**

Re.: Steven Ray Keen
Docket No.: 3:04-00198-01

**TO:** The Honorable Aleta A. Trauger, U.S. District Judge

On March 10, 2011, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 1669 | 1 | Urine Testing Subterfuge Device |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable Aleta A. Trauger
U.S. District Judge